UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY RESTORED,<br>c/o Binnall Law Group<br>717 King Street, Suite 200<br>Alexandria, Virginia 22314<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br><br>    *Defendant*. | Case No.: _____ |

# COMPLAINT

1.     This is an action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking the release of records requested by Democracy Restored from the United States Department of Justice ("DOJ").

## PARTIES

2.     Plaintiff Democracy Restored is a nonpartisan organization that educates the public on government operations and promotes government transparency and accountability. In furtherance of its public education mission, Democracy Restored regularly issues FOIA requests.

3.     Defendant United States Department of Justice is an agency within the meaning of 5 U.S.C. § 552(f)(1).

## JURISDICTION AND VENUE

4. This Court has personal and subject matter jurisdiction pursuant to 5 U.S.C. § 552(a)(4)(B), 5 U.S.C. § 552(a)(6)(C)(i), and 28 U.S.C. § 1331, because this action arises under FOIA and Democracy Restored is deemed to have exhausted its administrative remedies.

5. Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## STATEMENT OF FACTS

6. On August 17, 2025, pursuant to FOIA, Democracy Restored sent to DOJ, a FOIA request asking for the following, from November 1, 2024, to the date the search begins: "Records of communications to, from, and including Erez Reuveni, former DOJ Assistant Director of the Office of Immigration Litigation, and external groups relating to the Trump Administration's immigration reforms," listing 18 different external groups (the "FOIA Request"). Exhibit A.

7. On August 19, 2025, Executive Office for Immigration Review ("EOIR"), a component of DOJ, provided Democracy Restored with a control number, and noted that, because the FOIA Request involves "unusual circumstances," EOIR would require an additional ten days to process the FOIA Request. Exhibit B.

8. On August 29, 2025, however, EOIR informed Democracy Restored that the FOIA request was referred to Civil Division, a different component of DOJ, and that EOIR was closing the FOIA Request. Exhibit C.

9. DOJ has not provided any additional updates.

2

10. To date, DOJ has not issued a final response to the FOIA Request and is in violation of FOIA's timeliness requirements.

11. DOJ continues to improperly withhold the requested information from Democracy Restored.

## CAUSES OF ACTION

### COUNT I
### (Violation of FOIA: Failure to Comply with Statutory Deadlines)

12. Democracy Restored incorporates by reference the above paragraphs as though set forth fully herein.

13. FOIA provides a cause of action for a complainant from whom a federal agency has withheld requested records. 5 U.S.C. § 552(a)(4)(B).

14. On January 13, 2025, Democracy Restored properly issued the FOIA Request.

15. Democracy Restored has a legal right under FOIA to obtain the agency records described in the FOIA Request in a timely manner and in accordance with the requirements set forth in FOIA. Because DOJ is an "agency" subject to FOIA, it must release all non-exempt records and provide legitimate reasons for withholding any records.

16. FOIA requires agencies to respond to requests within twenty (20) business days or, in "unusual circumstances," within thirty (30) business days. 5 U.S.C. §§ 552(a)(6)(A)–(B). If an agency requires additional time, FOIA mandates that the agency provide requesters "an opportunity to arrange with the agency an alternative time frame for processing the request[.]" 5 U.S.C. § 552(a)(6)(B)(ii).

17. The twenty (20) and thirty (30) business days' time limit has expired for the FOIA Request. DOJ accordingly has improperly denied Democracy Restored's access to agency records by failing to issue final determinations on the FOIA Request, within the statutory time limit set forth in 5 U.S.C. § 552(a)(6).

18. DOJ has further failed to comply with FOIA, insofar as it has not "arrange[d] . . . an alternative time frame" for responding to the FOIA Request. *Id.* Instead, DOJ has issued vague responses that contain neither an estimated date of completion nor an invitation to contact the agency for the purposes of negotiating an "alternative" response date. Democracy Restored does not believe it has the ability to arrange for an alternative time frame for DOJ's final responses.

19. Democracy Restored has exhausted any and all administrative remedies under 5 U.S.C. § 552(a)(6)(C).

20. Democracy Restored has been and is currently being irreparably harmed by DOJ's unlawful withholding of the requested agency information, and Democracy Restored will continue to be irreparably harmed until DOJ is compelled to conform their conduct to the requirements of FOIA.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Democracy Restored respectfully requests that the Court enter judgment against Defendant, and provide Democracy Restored with the following relief:

a. An order declaring that Defendant's actions violated Democracy Restored's statutory rights under 5 U.S.C. § 552;

b. An Order that Defendant issue a determination, and that Defendant shall conduct a diligent search for any and all records responsive to the FOIA Request and demonstrate that it employed reasonable search methods most technologically likely to lead to the discovery of records responsive to the FOIA Request, selected from among those methods available to Defendant;

c. An Order that Defendant produce, by a date certain, any and all non-exempt records responsive to the FOIA Request and a Vaughn index of any responsive records withheld under claim of exemption;

d. An Order awarding to Democracy Restored its reasonable attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and,

e. An Order granting to Democracy Restored all further relief to which Democracy Restored may be entitled.

Dated: January 10, 2026                    DEMOCRACY RESTORED
                                           *By Counsel*

                                           Respectfully submitted,

                                           */s/    Jared J. Roberts*
                                           Jared J. Roberts (FL00153)
                                           BINNALL LAW GROUP, PLLC
                                           717 King Street, Suite 200
                                           Alexandria, Virginia 22314

Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jared@binnall.com

*Counsel for Plaintiff*